# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MARGARITA MUNOZ,
          Petitioner

CIVIL ACTION NO.:
04-11699-EFH

v.

UNITED STATES OF AMERICA,
          Respondent.

# O R D E R

**August 17, 2004**

**HARRINGTON, S.D.J.**

A Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, having been filed by the Petitioner Margarita Munoz, the Court orders the United States Attorney for the District of Massachusetts to respond to said Motion on behalf of the respondent within sixty days from the date of this Order.

SO ORDERED.

/s/ Edward F. Harrington
**EDWARD F. HARRINGTON**
**United States Senior District Judge**