UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 17  P 2: 01

| | ) | |
|---|---|---|
| MARGARITA MUNOZ | ) | |
| | ) | |
| v. | ) | CIVIL NO. 04-11699-EFH |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SUSAN M. POSWISTILO
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3267

February 17, 2005

### CERTIFICATE OF SERVICE

This is to certify that I have served upon the defendant (pro se) a copy of the foregoing document by first-class mail this 17th day of February, 2005, at the following address:

Margarita Munoz
Alderson Prison Camp
Box A
Alderson, WV  24910

_____
SUSAN M. POSWISTILO
ASSISTANT UNITED STATES ATTORNEY