UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MARGARITA MUNOZ,** )<br>Petitioner ) <br> ) <br>v. ) <br> ) <br>**UNITED STATES OF AMERICA** ) <br>Respondent ) <br> ) | CIVIL NO. 04-11699-EFH |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF 20 PAGES**

The United States of America, pursuant to Rule 7.1(B)(4) of the Local Rules of the District of Massachusetts, respectfully moves the court for leave to file, *instanter*, the attached memorandum in response to the above-referenced 2255 petition. As grounds therefor, the government states that it required an additional two pages in order to respond to the petitioner's motion fully and completely.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:   /s/ Susan M. Poswistilo
                                         SUSAN M. POSWISTILO
                                         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing has been served upon the petitioner (pro se) by first-class mail on this 13th day of October, 2005, at the following address:

                Margarita Munoz
                Alderson Prison Camp
                Box A
                Alderson, WV  24910

                                            /s/ Susan M. Poswistilo
                                            SUSAN M. POSWISTILO
                                            ASSISTANT U.S. ATTORNEY