UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARITA MUNOZ
        Petitioner

V.                              CIVIL ACTION NO:
                                 04-11699-EFH

UNITED STATES OF AMERICA
        Respondent


**MOTION FOR COURT APPOINTED COUNSEL**


Now comes **Margarita Munoz**, Pro se and respectfully motions this court for the appointment of court appointed Counsel. In support of said motion, Petitioner states as follows:

1. Petitioner has been incarcelated for almost six years;

2. Petitioner has no funds whatsoever;

3. This Court has recently issued a new order vacating Petitioner's prior sentence in order to allow her to appeal this decision.

4. Petitioner's first language is Spanish Petitioner does not have enough comprehension of the English language in order to represent herself.

For the foregoing reason, Petitioner respectfully request that thsi Court grand her motion for court appointed Counsel.

Respectfull Sumitted

*Margarita Munoz*

## CERTIFICATE OF SERVICE

I, Margatia Munoz do state that a copy of this Motion for Court appointed Counsel was sent first class mail to the District Attorney at Susan M. Poswistilo, Assistant U.S Attorney at:

nites States Attorney's office

One Courthouse Way, Suite 9200

Boston Mass, 02210

on December 21 2005.

Respectfully Sumitted

*Margarita Munoz*