UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARGARITA MUNOZ
       Petitioner

V.                                CIVIL ACTION NO:
                                      04-11699-EFH

UNITED STATES OF AMERICA
       Respondent

## NOTICE OF APPEAL

Comes now **Margarita Munoz**, Pro se and puts this Court on her intent to Appeal her sentence and the order issued on December 15, 2005 by **Judge Harrington** and <u>received</u> by petitioner on December 20, 2005.

Please forward all correspondence to petitioner at the following address:

        Ms. Margarita Munoz
        Reg. #22953-038 Range B3
        Alderson Prison Camp
        P.O. Box A
        Alderson West Virginia 24910

Respectfully Submitted

*Margarita Munoz*
Margarita Munoz

## CERTIFICATE OF SERVICE

I, Margarita Munoz do stated that a copy this notice appeal was sent first class mail to the U.S. District Attorney Susan Poswistilo, Assistant U.S. Attorney at:

United States Attorney's Office

One Courthouse way, Suite 9200

Boston Mass 02210

    On December 21, 2005

Respectfully Sumitted

Margarita Munoz

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

24910+0330-39 8093

B3

047J82009302
$00.370
Mailed From 02210
12/15/2005
US POSTAGE