UNITED STATES COURT OF APPEAL
FIRST CIRCUIT

2006 JAN 13 P 12: 06

MARGARITA MUNOZ
    Appellant

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

V.                              CASE NO:1;04-cv-11699

UNITED STATES OF AMERICA
    Respondent

NOTICE OF APPEAL

Comes now the appellant, Margarita Munoz and puts this court on notice of her intent to appeal the Order from the District court dated December 29, 2005 and recived by Appellant on January 4, 2006 denying Appellant's Motion to Appoint Counsel.

Respectfully Submitted

Margarita Munoz
Pro Se

```
                    Margarita Munoz
                    Reg2: 22953-038
  2006 JAN 13       Federal Prison Camp R-B3
                    P.O. Box A
  FILED             Alderson W.V. 24910
```

RICHARD C. DONOVAN Clerk

FIRST CIRCUIT

1 COURTHOUSE WAY, Suite 2500

BOSTON MA 02210


Enclosed please find my notice of Appeal. I have enclosed an extra copy. Please Stamp it "filed" and returd said extra copy to me at the above address in the self-address stamped envelope.

I thank you in advace.

                                            Sincerely
                                            *(signature)*
                                            Margarita munoz

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

January 18, 2006

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No. 04-cv-11699  Margarita Munoz v. USA

Dear Ms. Thornton:

Enclosed please find a misdirected notice of appeal that was filed in the United States Court of Appeals for the First Circuit on January 13, 2006. This appeal is from the denial of the appointment of counsel.

In accordance with Fed.R.App.P. 4, the notice of appeal is transmitted herewith. Please use the date of **January 13, 2006,** as the date of docketing the request in your court. If this pleading has also been received in your court, please do not duplicate.

Sincerely,

By: *Donna Burchard*
Appellate Liaison

DB/file

cc:   Margarita Munoz
      Reg. No. 22953-038
      FPC Camp R-B3
      PO Box A
      Alderson, WV 24910