UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARGARITA MUNOZ,**    )<br>   Petitioner   )<br>               )<br>   v.          )<br>               )<br>**UNITED STATES OF AMERICA**   )<br>   Respondent    ) | CIVIL NO. 04-11699-EFH |

### NOTICE OF APPEARANCE

Please enter the undersigned attorney's appearance for the United States of America in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  */s/: Andrew E. Lelling*
    ANDREW LELLING
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA    02210
    (617) 748-3317

Dated: January 31, 2006

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

    */s/: Andrew E. Lelling*
    ANDREW LELLING
    Assistant U.S. Attorney