UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **MARGARITA MUNOZ,**<br>    Petitioner<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>    Respondent | )<br>)<br>)<br>)<br>)   CIVIL NO. 04-11699-EFH<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the respondent in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Harrington, J.) December 15, 2005, <u>Memorandum and Order</u>, which granted the petitioner Margarita Munoz' Motion Pursuant to 28 U.S.C. §2255 and entered an amended judgment in <u>United States v. Margarita Munoz</u>, Criminal No. 99-10407-EFH (entered on the docket on December 15, 2005).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                    By:  <u>/s/ Susan M. Poswistilo</u>
                                                SUSAN M. POSWISTILO
                                                Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

     I, Susan M. Poswistilo, hereby certify that I have caused a copy of this notice to be served upon Margarita Munoz, #22953-038, Federal Prison Camp, R-B3, P.O. Box A, Alderson, W.V. 24910, by United States mail, postage prepaid.

                                                    <u>/s/ Susan M. Poswistilo</u>
                                                    Susan M. Poswistilo