In the United States District Court For the _____

District of __MASSACHUSETTS_____

United States           :
                        :
    vs                  :         Docket # _06-1200_____
                        :                  06-1199
MARGARITA MUNOZ____     :

MOTION FOR APPOINTED COUNSEL

I _MARGARITA MUNOZ_____, being indigent with the Court, as supported by my affidavit of poverty, request that the court appoint to me legal counsel to represent me for the following, Appeal to the First Circuit Court of appeal.

*[signature]*
Defendant

Sworn to and subscribed before me
this _23_ day of _February_ 20_06_
*Margarita Munoz #20953-038*

[Notary seal: OFFICIAL SEAL NOTARY PUBLIC STATE OF WEST VIRGINIA LINDA SHIRES FEDERAL PRISON CAMP DEPARTMENT OF JUSTICE ALDERSON, WV 24910 My Commission Expires December 7, 2009]

dated: 02-23-2006

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Feb. 23, 2006_   _[signature]_
           (date)              (Signature of Applicant)

---

**CERTIFICATE**
**(Prisoner Accounts Only)**

I certify that the applicant herein has the sum of $ _433.93_ _____ on account to ~~his~~ _her_ credit at the _Federal Prison Camp Alderson_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according tot he records of said institution: _____

_N/A_

_[signature]_ _Counselor_
Authorized Officer of Institution

---

ORDER OF COURT

The application is hereby denied

_____   _____
United States Judge          Date

---

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____   _____
United States Judge or Magistrate   Date

APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER

United States District Court       District:_____

| CASE TITLE | Docket No. 06-1200 |
|---|---|
| MARGARITA MUNOZ  v.  U.S.A. | Magistrate Case No. 04-cv-11699 |

I, __MARGARITA MUNOZ_____,declare that I am the

__X__ petitioner/plaintiff        ____ movant(filing 28 USC 2255)

____ respondent/defendant        ____ _____
                                        other

in the above-entitled; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions:

1. Are you presently employed?    __X__ Yes    ____ No

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   $23.63    Federal Prison Camp Alderson   West Virginia
   monthly        Engineering Crew
   b. If the answer is "no", state the date of last employment and the amount of salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment    \_\_\_ Yes    _X_ No

    b. Rent payments, interest or dividends    \_\_\_ Yes    _X_ No

    c. Pensions, annuities or life insurance payments    \_\_\_ Yes    _X_ No

    d. Gifts or inheritances    \_\_\_ Yes    _X_ No

    e. Any other sources    \_\_\_ Yes    _X_ No

If the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings account? (include any funds in prison accounts)

_X_ Yes    \_\_\_ No

If the answer is "yes," state the total value of the items.

    $20.01

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

\_\_\_ Yes    _X_ No

If the answer is "yes," describe the property and state approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.