MANDATE

# United States Court of Appeals
## For the First Circuit

Judge Harrington
04-11699
USDCMA

No. 06-1297

MARGARITA MUNOZ,

Petitioner - Appellee,

v.

UNITED STATES,

Respondent - Appellant.

---

**JUDGMENT**

Entered: April 25, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs. Defendants' appeals shall proceed under Nos. 06-1200 and 06-1199.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/25/02

MARGARET CARTER
By: _____
Margaret Carter, Chief Deputy Clerk

[cc: Margarita Munoz, Andrew Lelling, AUSA, Dina Michael Chaitowitz, AUSA]