# United States Court of Appeals
## For the First Circuit

No. 06-1199
DC No. 99-10407 (D. Mass.)

MARGARITA MUNOZ,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**
**Entered: April 28, 2006**
Pursuant to 1st Cir. R. 27(d)

Enclosed is a notice of appeal filed by defendant Margarita Munoz in the District of Massachusetts on December 27, 2005. The notice of appeal includes the caption for civil action no. 04-11699 (D. Mass.), and was docketed as no. 15 in that case.

Upon review of the notice of appeal, it appears that it may have been intended as a notice of appeal in the underlying criminal action no. 99-10407 (D. Mass.). Accordingly, the notice of appeal is transmitted herewith to the District Court of Massachusetts for docketing as a notice of appeal filed on December 27, 2005 in the criminal action no. 99-10407. The District Court is requested to docket the notice of appeal in the criminal action and certify the record to this court.

By the Court:

Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON
By:_____
Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 4/28/06

[Certified copy: District Court Judge Harrington and Sarah Allison Thornton, Clerk]
[cc: Margarita Munoz, Dina Michael Chaitowitz, AUSA, Andrew Lelling, AUSA]