UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARITA MUNOZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 04-11699-EFH |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL**

Pursuant to L.R. 83.5.2, please note the withdrawal of appearance of Susan M. Poswistilo, Assistant United States Attorney, as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Susan M. Poswistilo
SUSAN M. POSWISTILO
Assistant U.S. Attorney
United States Courthouse
 - Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3267

CERTIFICATE OF SERVICE

      I certify that on this day I served the above Notice of Withdrawal of Appearance by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

    Dated:  May 10, 2006

_____
SUSAN M. POSWISTILO
Assistant U.S. Attorney