**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1199

MARGARITA MUNOZ,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

### JUDGMENT

Entered: July 13, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 7/13/06

By the Court:

Richard Cushing Donovan, Clerk

By  JULIE GREGG
_____
Julie Gregg, Operations Manager

[cc: Margarita Munoz, Dina Michael Chaitowitz, AUSA, Andrew Lelling, AUSA]