*Judge Harrington*
*USDC MA*
*04-11699*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No.06-1200

MARGARITA MUNOZ,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**JUDGMENT**

Entered: July 18, 2006
Pursuant to 1st Cir. R. 27(d)

    Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

**Richard Cushing Donovan, Clerk**

By_____JULIE GREGG_____

Julie Gregg, Operations Manager

Deputy Clerk

Date: 7/18/06

[cc: Margarita Munoz, Dina Michael Chaitowitz, AUSA, Andrew Lelling, AUSA]