UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
\_\_ OFFICE
\_\_ \_\_ 16  P 3: 39

DISTRICT COURT
\_\_ OF MASS

| | |
|---|---|
| MARGARITA MUNOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-11699 –EFH |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant ) | |
| ) | |

## ASSENTED-TO MOTION TO DISMISS HABEAS PROCEEDINGS

The plaintiff, Margarita Munoz, moves to dismiss the habeas proceedings in the above-Captioned case. The attorney for the government, AUSA Andrew Lelling, assents to this Motion.

10-23-06
Motion To Dismiss is
allowed. Case is ordered
Closed. So ordered
Edward F. Harrington, S.D.J.

Respectfully submitted,

*Margarita Munoz*
Margarita Munoz

### Certificate of Service

I, Margarita Munoz, swear that on October 11, 2006, I sent by first class mail a copy of this document to:

AUSA Andrew Lelling, United States Attorney's Office Suite 9200 1 Courthouse Way Boston, MA 02210

*Margarita Munoz*
Margarita Munoz